# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE BAEZ ESPINOZA,<br><br>Defendant. | Case No.:  21-CR-1365-W<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

On motion of the United States, and with good cause shown, the Indictment in this case is hereby dismissed without prejudice.

**SO ORDERED.**

DATED: _9-15-21_

_____
HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE